1  CLAUDIA M. VETESI (CA SBN 233485)
   CVetesi@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street,
3  San Francisco, California  94105-2482
   Telephone:  415.268.7000
4  Facsimile:   415.268.7522

5  LAUREN N. MARGOLIES
   (admitted *pro hac vice*; NY BAR 5658513)
6  LMargolies@mofo.com
   MORRISON & FOERSTER LLP
7  250 W 55th Street
   New York, New York 10019
8  Telephone: 212.468.8000
   Facsimile: 212.468.7900

9
   Attorneys for Defendant
10 NATURE'S PATH FOODS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA LEE, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>NATURE'S PATH FOODS, INC.,<br><br>Defendant. | Case No. 3:23-cv-00751-H-MSB<br><br>**DEFENDANT NATURE'S PATH FOODS, INC. NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1), 12(B)(6), AND 9(B) AND MOTION TO STRIKE CLASS ALLEGATIONS PURSUANT TO FED. R. CIV. P. 12(F)**<br><br>REQUEST FOR ORAL ARGUMENT<br><br>Date:  August 7, 2023<br>Time:  10:30 a.m.<br>Courtroom:  12A<br>Judge:  Hon. Marilyn L. Huff |

## NOTICE OF MOTION AND MOTION

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on Monday August 7, 2023, at 10:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable Marilyn L. Huff, in Courtroom 12A of the James M. Carter and Judith N. Keep United States Courthouse located at 333 West Broadway, San Diego, California, 92101, defendant Nature's Path Foods, Inc. ("Nature's Path" or "Defendant") will, and hereby does move, to dismiss the Class Action Complaint of Plaintiff Rebecca Lee for Violations of California's Consumer Legal Remedies Act, Civil Code Section 1750 *et seq.*, California's Unfair Competition Law, Business and Professions Code Section 17200 *et seq.*, California's False Advertising Law, Business and Professions Code Section 17500 *et seq.*, Breach of Express Warranties Cal. Com Code Section 2313, Breach of Implied Warranty of Merchantability, Cal. Com. Code Section 2314, Negligent Misrepresentation, Intentional Misrepresentation and Unjust Enrichment, pursuant to (i) Fed. R. Civ. P. 12(b)(1) for lack of standing; (ii) Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted; and (iii) Fed. R. Civ. P. 9(b) for failure to plead fraud with particularity.  Nature's Path also moves to strike Plaintiff's nationwide class allegations pursuant to Fed. R. Civ. P. 12(f).

This Motion is made on the grounds set forth in the accompanying Memorandum of Points and Authorities and is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently filed Request for Judicial Notice and exhibits attached thereto, the Declaration of Sandy Cheung in support thereof, the pleadings, records, and papers on file in this action, and such other written and oral argument as may be presented to the Court.

| | |
|---|---|
| Dated: June 26, 2023 | MORRISON & FOERSTER LLP<br><br>*/s/ Claudia M. Vetesi*<br>CLAUDIA M. VETESI<br>LAUREN N. MARGOLIES<br>Attorneys for Defendant<br>NATURE'S PATH FOODS, INC. |