**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REBECCA LEE, on behalf of herself, all others similarly situated, and the general public,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NATURE'S PATH FOOD, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 23-cv-00751-H-MSB<br><br>**ORDER SUBMITTING DEFENDANT'S MOTION TO DISMISS** |

　　　　On June 26, 2023, Defendant Nature's Path Food, Inc. filed a motion to dismiss Plaintiff Rebecca Lee's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. (Doc. No. 10.) On July 24, 2023, Plaintiff filed a response in opposition to Defendant's motion to dismiss. (Doc. No. 13.) On July 31, 2023, Defendant filed a reply. (Doc. No. 16.)

　　　　A hearing on Defendant's motion to dismiss is currently scheduled for Monday, November 13, 2023 at 10:30 a.m. The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motion on the parties' papers, and vacates the hearing.

　　　　**IT IS SO ORDERED.**

DATED: October 30, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT